**Order entered October 5, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01193-CV

### IN RE ALVIN STEVEN BROWN, SR., Relator

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-0900704-J**

## ORDER
Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/　　CAROLYN WRIGHT
　　　CHIEF JUSTICE